# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER COX, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cv-00158-MMD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ARIA RESORT & CASINO, LLC, ) | |
| ) | |
| Defendant. ) | |

 This matter is before the Court on Defendant's Request for Exception from Attendance at Early Neutral Evaluation (#20), filed on April 30, 2014. Defendant requests that the Court excuse the physical attendance of their insurance representative at the Early Neutral Evaluation scheduled for May 16, 2014. They allege that the physical attendance of their insurance representative is not necessary because they have a substantial self-insured retention and the representative will be available telephonically. The Court notes that a similar request was submitted on April 7, 2014 and granted on April 8, 2014. To the extent that Defendant's Second Request (#20) is duplicative of their First Request (#17), then the motion is denied as moot. However, to the extent that Defendant's Second Request (#20) concerns a different representative for Liberty International Underwriters, then it is granted. Defendant's insurance representative may appear telephonically for the Early Neutral Evaluation.

 Based on the foregoing and good cause appearing therefore,

 **IT IS HEREBY ORDERED** that Defendant's Request for Exception from Attendance at Early Neutral Evaluation (#20) is **granted to the extent that it is not duplicative of Request (#17)**.

 Dated this 1st day of May, 2014

 _____
 **C.W. Hoffman, Jr.**
 **United States Magistrate Judge**