1  VERONICA ARECHEDERRA HALL, Bar No. 5855
   Veronica.hall@jacksonlewis.com
2  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Parkway
3  Suite 600
   Las Vegas, Nevada 89169
4  Tel: (702) 921-2460
   Fax: (702) 921-2461
5
   Attorneys for Defendant
6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**
9

10  JENNIFER COX, an individual,           Case No.  2:14-cv-00158-MMD-GWF

11          Plaintiff,

12      v.

13

14  ARIA RESORT & CASINO, LLC, a           **STIPULATION AND ORDER FOR**
    Nevada Limited Liability Company,      **DISMISSAL WITH PREJUDICE**

15          Defendant.

16

17      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JENNIFER

18  COX and ARIA RESORT & CASINO, LLC ("Defendant"), through their undersigned counsel of

19  record, that the above entitled matter be dismissed with prejudice, each party to bear its own

20  attorneys' fees and costs.

21

22

23

24

25

26

27

28

JACKSON LEWIS P.C.
LAS VEGAS

-1-

1    Further, this Court shall retain jurisdiction over any disputes arising out of the court-

2    facilitated resolution of this matter.

3    Dated: June 16, 2014                          Dated: June 13, 2014

4

5

6

7    Veronica Arechederra Hall, Bar No. 5855      Michael P. Balaban, Bar No. 9370
     3800 Howard Hughes Parkway, Ste. 600         10726 Del Rudini St.
8    Las Vegas, NV 89169                          Las Vegas, NV 89141

9    Attorneys for Defendant                      Attorneys for Plaintiff

10

11   **IT IS SO ORDERED.**

12   Dated this __16th__ day of June, 2014.

13

14

15
     ~~MAGISTRATE~~/JUDGE
16

17

18

19

20

21

22   4848-7408-2331, v. 1

23

24

25

26

27

28

JACKSON LEWIS P.C.
LAS VEGAS